Ellsworth Clark and Fred Tess, Jr., trading as Clark & Tess, appellants, v. Charles P. Dewey, appellee. Gen. No. 7,084.

Action for commission upon the sale of real estate. Judgment for defendant. Appeal from the Circuit Court of Stark county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

Clarence W. Heyl and Harry C. Heyl, for appellants. John W. Fling, Jr. and James H. Rennick, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Lem Noice and Thomas Parker, appellees, v. William Welsh, appellant. Gen. No. 7,093.

Action for money due for threshing grain. Verdict and judgment for plaintiff in circuit court on appeal from justice's court. Appeal from the Circuit Court of Grundy county; the Hon. Samuel C. Stough, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

Cornelius Reardon, for appellant. W. E. Viner, for appellees.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Etta M. Hartley, appellant, v. Mystic Workers of the World, appellee. Gen. No. 7,096.

Action upon a beneficiary certificate issued by defendant to plaintiff's husband. Judgment for defendant. Appeal from the Circuit Court of Stark county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

T. W. Hoopes, for appellant. Charles E. Sturtz and J. H. Rennick, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Henry Knott, appellant, v. Frank J. Fry, appellee. Gen. No. 7,097.

Action for personal injuries and for damage to plaintiff's automobile resulting from a collision with defendant's automobile. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed October 25, 1922. Rehearing denied January 4, 1923.

Fred E. Gardner and William D. Knight, for appellant. Lathrop, Lathrop & Brown, for appellee; Livingston & Whitmore, of counsel.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

W. A. Hill & Company, defendants in error, v. A. Jacobson, plaintiff in error. Gen. No. 7,104.

Action upon a promissory note. Judgment for plaintiff. Error to the Circuit Court of Peoria county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed October 25, 1922.

I. R. Wasson, for plaintiff in error. E. J. Abersol, for defendants in error.

Mr. Presiding Justice Jones delivered the opinion of the court.